JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA R. MCDAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO, N.A.; NDEX WEST LLC, DOES 1 TO 20,<br><br>        Defendants. | Case No. EDCV 12-00706 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: September 19, 2012         /s/ Virginia A. Phillips
                                              VIRGINIA A. PHILLIPS
                                       United States District Judge